[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-15454
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 8, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00687-CV-KD-C

WAYNE M. LAFITTE,

Plaintiff-Appellant,

versus

ALLSTATE INSURANCE COMPANY,

Defendant-
Appellee,

BRAD RANKIN, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(April 8, 2009)

Before BIRCH, HULL, and HILL, Circuit Judges.

PER CURIAM:

We have thoroughly reviewed the record in this case, including the order of the district court, the briefs, and the arguments of counsel contained therein. Finding no reversible error, we affirm the judgment of the district court.

AFFIRMED.